PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

CASE NUMBER *(Tran. Court)*
2:98CR00165-01

CASE NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Maurice Elliott Childs | Eastern District of Pennsylvania | U.S. Probation |
| | NAME OF SENTENCING JUDGE | |
| | William H. Yohn, Jr. | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 4-14-03 — TO 4-13-08 |

FILED OCT 24 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**OFFENSE**

Conspiracy to possess with the intent to distribute cocaine (Count One)
Forfeiture (Count Two)

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Eastern District of Pennsylvania

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Washington, DC upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

12/9/03
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE District of Washington, DC

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Feb. 4, 2004
*Effective Date*

*United States District Judge*